UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAMELA L. JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-cv-1713 |
| | ) | Judge Wiseman |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court **VACATES** the referral to the magistrate judge. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) is **DENIED** and the decision of the Social Security Administration is **AFFIRMED**.

This case is **DIMISSED** and the Clerk is directed to **CLOSE** the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Thomas A. Wiseman, Jr.
SENIOR DISTRICT JUDGE